Kasimier Wiczas, appellee, v. Antoni Makowan and Wanda Makowan, appellants.      Gen. No. 30,638.

Action upon promissory note.      Judgment for plaintiff.      Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan,

Judge, presiding. Heard in the second division of this court for the first dstrict at the October term, 1925. Reversed and remanded. Opinion filed July 13, 1926.

Brundage & Gorman, for appellants. Smietanka, Rickard & Poulton, for appellee; James R. Bryant, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.